PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla.2011); State v. Mancino, 705 So.2d 1379 (Fla.1998); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Dominguez v. State, 98 So.3d 198 (Fla. 2d DCA 2012); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Vonador v. State, 915 So.2d 1231 (Fla. 2d DCA 2005); Pitts v. State, 832 So.2d 260 (Fla. 2d DCA 2002); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Sanchez v. State, 979 So.2d 1004 (Fla. 3d DCA 2008); Mills v. State, 840 So.2d 464 (Fla. 4th DCA 2003); Paul v. State, 830 So.2d 953 (Fla, 5th DCA 2002).
NORTHCUTT, LaROSE, and SLEET, JJ., Concur.